■ ANNA M. HENNING v. GUSTAV HENNING.— Motion for stay granted upon condition that the defendant furnish the surety bond required by the order to show cause dated March 4, 1959, and upon the further condition that the appeal be argued or submitted on March 31, 1959. Concur — Botein, P. J., Breitel, Rabin, M. M. Frank and Stevens, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. LUCIAN BOOKER.— Motion for leave to reargue prior motion denied. Concur — Botein, P. J., Breitel, Rabin, M. M. Frank and Stevens, JJ.

■ JAN-DEE TRUCKING INC. v. HARTFORD ACCIDENT AND INDEMNITY COMPANY. FENWAY ESTATES, INC.— Motion granted insofar as to extend the time for defendant-appellant to serve and file the record on appeal and appellant's points up to and including April 7, 1959, with notice of argument for the May 1959 Term of this court, said appeals to be argued or submitted when reached. Respondent's points are to be served and filed on or before April 22, 1959, with leave to appellant to serve and file reply points on or before April 27, 1959. Concur — Botein, P. J., Breitel, Rabin, M. M. Frank and Stevens, JJ.

■ MAN RADIO & ELECTRICALS, LTD. v. LOUIS VON CSEH.— Motion to dismiss appeal granted, with $10 costs, unless the appellant procures the record on appeal and appellant's points to be served and filed on or before August 11, 1959, with notice of argument for the September 1959 Term of this court, said appeal to be argued or submitted when reached. Concur — Botein, P. J., Breitel, Rabin, M. M. Frank and Stevens, JJ.

■ CHEMICAL CORN EXCHANGE BANK v. WALTER WASSUNG.— Motion to dismiss appeal granted, with $10 costs, unless the appellant procures the record on appeal and appellant's points to be served and filed on or before April 28, 1959, with notice of argument for the June 1959 Term of this court, said appeal to be argued or submitted when reached. Concur — Botein, P. J., Breitel, Rabin, M. M. Frank and Stevens, JJ.

■ GYONGYI B. PLUCER v. JERRY PLUCER.— Motion to dismiss appeal from the order of November 17, 1958, granted, with $10 costs, unless the appellant procures the record on appeal and appellant's points to be served and filed on or before April 16, 1959, with notice of argument for April 28, 1959, said appeal to be argued or submitted when reached. The motion insofar as it seeks to dismiss the appeal from the order entered October 14, 1958 is dismissed as academic, said appeal having been dismissed by order of this court entered January 22, 1959. Concur — Botein, P. J., Breitel, Rabin, M. M. Frank and Stevens, JJ.

■ STEPHEN J. LEVITZ v. ROBBINS MUSIC CORPORATION et al.— Motion granted on condition that the plaintiff-appellant procures the record on appeal and appellant's points to be served and filed on or before August 11, 1959, with notice of argument for the September 1959 Term of this court, said appeal to be argued or submitted when reached. If the appellant fails to comply with the condition imposed, the respondents may submit an order vacating the stay, without notice to the appellant. Concur — Botein, P. J., Breitel, Rabin, M. M. Frank and Stevens, JJ.

■ In the Matter of KATE L. ELIAS, Deceased. BESSIE CONKLIN, Appellant; GUARANTY TRUST COMPANY OF NEW YORK et al., Respondents.— Motion denied, without prejudice, however, to a renewal of the motion on the argument of the appeal. Concur — Botein, P. J., Breitel, Rabin, M. M. Frank and Stevens, JJ.